UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELVIN MARCUS JOHNSON, | CASE NO. C09-1126-MJP-MAT |
| Petitioner, | |
| v. | ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER |
| BRUNO STOLC, *et al.* | |
| Respondents. | |

The Court has reviewed respondents' unopposed motion for an extension of time to file an answer due to a need to obtain and review state-court files in order to respond sufficiently. (Dkt. 7.) Respondents' motion is GRANTED. Respondents' answer is due by October 28, 2009.

DATED this 20th day of October, 2009.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER
PAGE -1