UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| MELVIN MARCUS JOHNSON, | ) | CASE NO. C09-1126-MJP-MAT |
| Petitioner, | ) | |
| v. | ) | ORDER GRANTING MOTION TO RENOTE CONSIDERATION OF THE PETITION |
| BRUNO STOLC, *et al.* | ) | |
| Respondents. | ) | |

Petitioner retained counsel a day before the answer to his 28 U.S.C. § 2254 petition was filed and immediately moved to renote the date for consideration of the habeas petition from November 20, 2009, to January 22, 2010, so that counsel could adequately respond to the issues raised by respondents. (Dkt. 15, at 1.) The Court GRANTS petitioner's unopposed motion to renote the habeas petition. (Dkt. 15) The Clerk is directed to renote the habeas petition for consideration on January 22, 2010. (*See* Dkt. 12.) Petitioner's response to the answer is due on January 18, 2010. Respondents' optional reply is due on the noting date of January 22, 2010.

DATED this 18th day of November, 2009.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING MOTION TO RENOTE PETITION
PAGE -1