UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELVIN MARCUS JOHNSON, | CASE NO. C09-1126-MJP-MAT |
| Petitioner, | |
| v. | ORDER DIRECTING SUPPLEMENTALBRIEFING AND RE-NOTING HABEAS PETITION |
| BRUNO STOLC, *et al.* | |
| Respondents. | |

The Court directs respondents to file supplemental briefing and excerpts of the record that address petitioner's substantive habeas claims by **May 13, 2010**. Petitioner may file optional, responsive briefing by **June 4, 2010**. The Court directs the Clerk to RE-NOTE the habeas petition for consideration on **June 4, 2010**.

DATED this 23rd day of March, 2010.

Mary Alice Theiler
United States Magistrate Judge

ORDER DIRECTING SUPPLEMENTAL
BRIEFING AND RE-NOTING HABEAS PETITION
PAGE -1