01

02

03

04

05

06                                UNITED STATES DISTRICT COURT
                                 WESTERN DISTRICT OF WASHINGTON
07                                        AT SEATTLE

08   MELVIN MARCUS JOHNSON,                        )
                                                   )     CASE NO. C09-1126-MJP
09             Petitioner,                         )
                                                   )
10        v.                                       )
                                                   )     ORDER OF DISMISSAL
11   BRUNO STOLC, *et al.*                         )
                                                   )
12             Respondents.                        )
     _____      )
13

14        The Court, having reviewed petitioner's 28 U.S.C. § 2254 petition for writ of habeas

15   corpus, the Answer, the reply, supplemental briefing, the Report and Recommendation of

16   United States Magistrate Judge Mary Alice Theiler, Petitioner's objections to the Report and

17   Recommendation, Respondents' reply to the objections, the governing law, and the balance of

18   the record, does hereby find and ORDER:

19        (1)    The Report and Recommendation is ADOPTED;

20        (2)    Petitioner's habeas petition is DISMISSED with prejudice;

21        (3)    Petitioner is DENIED issuance of a certificate for appealability; and

22   / / /


ORDER OF DISMISSAL
PAGE -1

01  (4)  The Clerk of Court is directed to send copies of this Order to petitioner and to

02      Magistrate Judge Mary Alice Theiler.

03  DATED this 20th day of October, 2010.

04

05                       Marsha J. Pechman

06                       United States District Judge

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER OF DISMISSAL
PAGE -2